IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

19-MJ-4047MWP

THOMAS ALONZO BOLIN
a/k/a Peter Vincent,

Defendant.

---

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **THOMAS ALONZO BOLIN a/k/a Peter Vincent**, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 1001(a)(2). He is incarcerated at the Monroe County Jail in Rochester, New York. His presence is required in the United States District Court at Rochester, New York, for an initial appearance.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York commanding agents of the Federal Bureau of Investigation to take said

defendant into custody and bring him before the United States District Court, City of Rochester, New York, on **April 4, 2019,** at **11:00 a.m.,** and, thereafter, said defendant is to be returned to his place of confinement.

DATED: Rochester, New York, April 3, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

By: _____
BRETT A. HARVEY
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760, ext. 23949
Brett.Harvey@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE MARIAN W. PAYSON
United States Magistrate Judge

DATED: April 3, 2019.